# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES MOBLEY,

      Plaintiff,            :          Case No. 3:09-cv-280

                                      District Judge Walter Herbert Rice
   -vs-                               Magistrate Judge Michael R. Merz

                             :

WARDEN, LONDON CORRECTIONAL
INSTITUTION, et al.,

      Defendants.

## TRANSFER ORDER

This case is before the Court on filing and initial assignment. From review of the Complaint (labeled Petition for Writ of Habeas Corpus on the docket), the Court finds that this is a prisoner lawsuit complaining of conditions at or actions taken by the staff of the London Correctional Institution. That institution is located in Madison County, Ohio, which is within the territorial responsibility of the Eastern Division of this Court. S. D. Ohio Civ. R. 83.1(b).

It is accordingly ORDERED that the Clerk transfer this action to the Eastern Division for reassignment to a District Judge and a Magistrate Judge assigned to that location of court.

July 21, 2009.

                                                            s/ **Michael R. Merz**

                                                       United States Magistrate Judge