IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James Mobley,

    Plaintiff,

v.                                          Case No. 2:09-cv-638

Warden London Correctional                  Judge Michael H. Watson
Institution, *et al.*,

    Defendants.

### ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on June 4, 2010. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The motion to dismiss filed by defendants Noble, Taylor, Timmerman-Cooper, and Blackwell (#23) is **GRANTED** for failure to state a claim upon which relief can be granted.

                                                   /s/ Michael H. Watson
                                          MICHAEL H. WATSON, JUDGE
                                          UNITED STATES DISTRICT COURT